UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SALOMON NEBUCHODONOZOR**,

      Petitioner,

                                 CIVIL ACTION NO.
      v.                            26-13312-BEM

**DONALD TRUMP et al,**

      Respondents.

## <u>FINAL JUDGMENT</u>

MURPHY, D.J.

In accordance with this Court's Order (ECF #28) issued on August 6, 2026, denying the

Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Respondents against the Petitioner.

                                   BY THE COURT,

                                   */s/ Marlene Martins*

DATED: August 6, 2026                Deputy Clerk